Per Curiam.

(No. 5608—Claimant )

SCM Corporation, Claimant, *vs.* State of Illinois,
Secretary of State, Respondent.

*Opinion filed October 2, 1973.*

Brown, Stine, Cook and Hanson, Attorney for
Claimant.

WILLIAM J. SCOTT, Attorney General, for Respondent.

HOLDERMAN, J.